USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2021

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10010
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

*Casey & Barnett, LLP*
*154 South Livingston Avenue, Ste 106*
*Livingston, NJ 07039*

*mfc@caseybarnett.com*
*Direct: 646-362-8919*

May 14, 2021

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Wolfes & von Etzberg etc et al. v. Hapag Lloyd etc.*
            21 cv 2818 (AT)

Dear Honorable Judge Torres:

    We represent Plaintiff Wolfes & von Etzberg Assecuranzbureau OHG in the captioned litigation and write on behalf of all parties in respect to the Court's Order dated April 12, 2021 setting the initial conference for May 24, 2021.

    The parties have been engaged in settlement discussions in respect to this matter and are hopeful that the matter can be resolved on terms similar to that agreed to in other claims involving the same incident. In this regard, we respectfully request that the Court adjourn the scheduled Rule 16 conference until early July in order to afford the parties more time to seek an amicable resolution of the matter without the necessity of Court involvement.

This is the parties first request for a time extension.

                                  Respectfully submitted,
                                  **CASEY & BARNETT, LLC**
                                  *Attorneys for Plaintiff*

                                  *Martin Casey*
                                  Martin F. Casey

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for May 24, 2021, is ADJOURNED to **June 28, 2021**, at **11:40 a.m**. By **June 21, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 20, 2021
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge